PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00310-JLT-SKO-3 |
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SCHEDULE A CHANGE OF PLEA; ORDER |
| v. | |
| TIMOTHY ROBERT HINGSTON, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 20, 2024. ECF 83. Time was previously excluded through August 20, 2024. *Id*.

2. By this stipulation, defendant now moves to vacate the trial and schedule a change of plea for August 12, 2024, because the parties have reached a plea agreement. ECF 107.

IT IS SO STIPULATED.

1

Dated: July 8, 2024                     PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ ARIN C. HEINZ
                                        ARIN C. HEINZ
                                        Assistant United States Attorney


Dated: July 8, 2024                     /s/ JOHN F. GARLAND
                                        JOHN F. GARLAND
                                        Counsel for Defendant
                                        TIMOTHY ROBERT HINGSTON

**FINDINGS AND ORDER**

    IT IS SO FOUND.

IT IS SO ORDERED.

    Dated: **July 9, 2024**                                    _____
                                                         UNITED STATES DISTRICT JUDGE

2